Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN ANTHONY HALLET,<br><br>Petitioner,<br><br>vs.<br><br>HEDGEPATH, Warden,<br><br>Respondent. | Case No. SACV 09-346-JST (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's evidentiary hearing is denied and that the Petition is dismissed with prejudice.

DATED: 6.30.2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE